KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants*
*Brazelton and Hartley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARTHUR DUANE JACKSON, et al.,** | 1:13-CV-01055 LJO SAB |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BRAZELTON AND HARTLEY TO FILE RESPONSIVE PLEADING** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

   The parties stipulate under Local Rule 144 that good cause exists to extend time to September 25, 2013, for Defendants Brazelton and Hartley to answer or otherwise respond to the complaint.

   Brazelton and Hartley will be jointly represented by the Office of the Attorney General, along with five later-served defendants in this matter, including Defendants State of California, California Department of Corrections and Rehabilitation, Governor Edmund G. Brown, Jr., Matthew Cate, and Jeffrey Beard, each of whose time to respond to the complaint currently runs until or after September 25, 2013. The stipulated extension of time would coordinate the jointly represented defendants' time to respond to the complaint.

The parties previously stipulated to an initial extension of time to September 17, 2013, for Brazelton to respond to the complaint. (ECF No. 6.) There have been no other extensions of time.

Dated:  September 16, 2013   ARIAS, OZZELLO & GIGNAC, LLP


　　　　　　　　　　　　　　　　　 /s/ Mark Ozzello
　　　　　　　　　　　　　　　　MARK OZZELLO
　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*


Dated:  September 16, 2013   KAMALA D. HARRIS
　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　JAY C. RUSSELL
　　　　　　　　　　　　　　　　Supervising Deputy Attorney General


　　　　　　　　　　　　　　　　　 /s/ Jon S. Allin
　　　　　　　　　　　　　　　　JON S. ALLIN
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　*Brazelton and Hartley*


IT IS SO ORDERED.

　　Dated:  **September 17, 2013**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2