# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER STRIKING FIRST AMENDED COMPLAINT |
| v. | (ECF No. 22) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The complaint in this action was filed on July 9, 2013. (ECF No. 1.) On September 25, 2013, Defendants filed a motion to dismiss, which is currently pending before the Court. (ECF No. 15.) On October 16, 2013, Plaintiffs filed a first amended complaint. (ECF No. 22.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

In this instance, Defendants have filed a responsive pleading and Plaintiffs may only amend by leave of the Court or with the written consent of Defendants. Plaintiffs did not file a stipulation that Defendants consent to the amendment, a motion to amend, nor has the Court granted leave to amend.

///

1  Accordingly, IT IS HEREBY ORDERED that the amended complaint, filed October 16, 2013, shall be STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: **October 17, 2013**

UNITED STATES MAGISTRATE JUDGE