Mark A. Ozzello (CSB #116595)
Suzy E. Lee (CSB #271120)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Tel:   (310) 670-1600
Fax:   (310) 670-1231
mozzello@aogllp.com
slee@aogllp.com

Ian Wallach, Esq. (CSB #237849)
Jason K. Feldman, Esq. (CSB #213386)
**FELDMAN & WALLACH**
606 Venice Boulevard, Suite C
Venice, California 90291
Tel:   (310) 577-2001
Fax:   (310) 564-2004
ian@feldmanwallach.com
jason@feldmanwallach.com

Attorneys for Plaintiffs

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, an individual; LEONARD M. LUJAN, an individual; MARCUS JACKSON, an individual; RODNEY TAYLOR, an individual; LACEDRIC JOHNSON, an individual; L.T. BELTON, an individual; NORMAN JOHNSON, an individual, on behalf of themselves and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>       vs.<br><br>STATE OF CALIFORNIA, a Public Entity; EDMUND G. BROWN, JR., GOVERNOR; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a Public Entity; MATTHEW CATE, SECRETARY CDCR; JEFFREY BEARD, SECRETARY CDCR; P.D. BRAZELTON; WARDEN PLEASANT VALLEY STATE PRISON; JAMES D. HARTLEY, WARDEN AVENAL STATE PRISON; CALIFORNIA CORRECTIONAL HEALTH CARE | Case No.: 1:13-CV-01055-LJO-SAB<br><br>**REVISED STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND EXTEND THE BRIEFING PERIOD ON THE OPPOSITION AND REPLY BRIEFS**<br><br>Current Hearing Date<br>Date:        January 15, 2014<br>Time:        9:30 a.m.<br>Place:        Courtroom 9<br><br>Proposed Hearing Date<br>Date:        February 19, 2014 |

SERVICES ("CCHCS"); and DOES 1 through 50, inclusive,

        Defendants.

**WHEREAS**, Defendants' Motion to Dismiss Under Rule 12(b)(6) ("Motion") is set to be heard on January 15, 2014;

**WHEREAS**, the current hearing date of January 15, 2014 makes Plaintiffs' opposition due on January 2, 2014, and Defendants' reply due on January 8, 2013;

**WHEREAS**, due to the holidays, Plaintiffs respectfully request that the hearing on Defendants' Motion be continued by at least two (2) weeks to afford Plaintiffs and Defendants additional time to prepare their respective briefs;

**WHEREAS**, the parties were informed that Magistrate Judge Stanley A. Boone will be unavailable until February 14, 2014;

**THEREFORE, IT IS HEREBY STIPULATED**, subject to approval of the Court, that:

1. The hearing on Defendants' Motion be continued to February 19, 2014;
2. Plaintiffs' opposition brief be due on January 22, 2014; and
3. Defendants' reply brief be due on February 12, 2014.

//
//
//
//
//
//
//

| | |
|---|---|
| Dated: December 31, 2013 | ARIAS, OZZELLO & GIGNAC, LLP |

                                                     /s/ Suzy E. Lee
By: MARK A. OZZELLO
SUZY E. LEE
**ARIAS, OZZELLO & GIGNAC, LLP**

IAN WALLACH
JASON K. FELDMAN
**FELDMAN & WALLACH**

*Attorneys for Plaintiffs*

Dated: December 31, 2013

                                                     /s/ David E. Brice
By: KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

JON S. ALLIN
DAVID E. BRICE
Deputy Attorneys General

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing orders as follows:

1. The hearing on Defendants' Motion shall be continued to February 19, 2014;
2. Plaintiffs' opposition brief shall be due on January 22, 2014; and
3. Defendants' reply brief shall be due on February 12, 2014.

IT IS SO ORDERED.

Dated: **January 2, 2014**

UNITED STATES MAGISTRATE JUDGE