# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
| Plaintiffs, | |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| FREDERICK BEAGLE, et al., | Case No. 1:14-cv-00430- LJO-SAB |
| Plaintiffs, | |
| v. | ORDER FOR COUNSEL TO MEET AND CONFER RE RULE 26(f) CONFERENCE |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On May 28, 2014, the Court conducted an informal telephonic conference to address a

1

discovery dispute between the parties in <u>Smith v. Schwarzenegger</u>, 1:14-cv-00060-SAB-LJO and <u>Beagle v. Schwarzenegger</u>, 1:14-cv-00430-SAB-LJO.  Counsel for <u>Jackson v. State of California</u>, 1:13-cv-010550-LJO-SAB also appeared telephonically at the conference.  As discussed during the hearing, the parties to all three actions shall confer by **June 23, 2014** for the purpose of developing a plan as to how discovery will be conducted in these actions.  The parties shall file a joint discovery plan and, if necessary, each side may file a three page brief on any disputed issues by **July 8, 2014**.  A telephonic hearing to address the discovery plan shall be held on **July 11, 2014 at 10:00 a.m**.  The parties are to call the toll-free teleconference number of (877) 336-1280 to appear at the hearing.  The parties may contact Courtroom Deputy Mamie Hernandez to obtain the teleconference code for the call if needed.

    The parties are advised that this order does not change the current status of discovery and at this time discovery is not open in these actions.  The plan to be addressed by the parties is not to set specific dates at this time, but to develop a coordinated approach as to how the discovery in these actions will proceed in the future.  The plan should adequately recognize the interests of the parties, a reduction in the costs of litigation, and the most efficient means by which discovery in these cases will be approached as currently situated.  Further, the plan should consider how discovery will be approached when, and if, future parties are added not only in these cases but in subsequently filed cases involving the core issues presented in these cases.

IT IS SO ORDERED.

Dated:   **May 29, 2014**

UNITED STATES MAGISTRATE JUDGE