Mark A. Ozzello (CSB #116595)
Suzy E. Lee (CSB #271120)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone:  (310) 670-1600
Facsimile:   (310) 670-1231
mozzello@aogllp.com
slee@aogllp.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, an individual; LEONARD M. LUJAN, an individual; MARCUS JACKSON, an individual; RODNEY TAYLOR, an individual; LACEDRIC JOHNSON, an individual; L.T. BELTON, an individual; NORMAN JOHNSON, an individual, on behalf of themselves and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>STATE OF CALIFORNIA, a Public Entity; EDMUND G. BROWN, JR., GOVERNOR; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a Public Entity; MATTHEW CATE, SECRETARY CDCR; JEFFREY BEARD, SECRETARY CDCR; P.D. BRAZELTON; WARDEN PLEASANT VALLEY STATE PRISON; JAMES D. HARTLEY, WARDEN AVENAL STATE PRISON; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES ("CCHCS"); and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **CASE NO.: 1:13-CV-01055-LJO-SAB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND EXTEND THE BRIEFING PERIOD ON THE OPPOSITION AND REPLY BRIEFS** |

**WHEREAS**, Defendants' Motion to Dismiss Second Amended Complaint Under Rule 12(b)(6) ("Motion") is set to be heard on June 25, 2014;

**WHEREAS**, the parties wish to continue the hearing on the Motion and modify the briefing schedule on the opposition and reply briefs;

**THEREFORE, IT IS HEREBY STIPULATED**, subject to approval of the Court, that:

1. The hearing on Defendants' Motion be continued to July 9, 2014;

2. Plaintiffs' opposition brief be due on June 20, 2014; and

3. Defendants' reply brief be due on July 2, 2014.


Dated: June 5, 2013                    ARIAS OZZELLO & GIGNAC LLP


By: _/s/ Suzy E. Lee_____
MARK A. OZZELLO
SUZY E. LEE
**ARIAS, OZZELLO & GIGNAC, LLP**

IAN WALLACH
JASON K. FELDMAN
**FELDMAN & WALLACH**

*Attorneys for Plaintiffs*


Dated: June 5, 2013


By: _/s/ David E. Brice_____
KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

JON S. ALLIN
DAVID E. BRICE
Deputy Attorneys General

# <u>ORDER</u>

The Court having reviewed the foregoing Stipulation, and good cause appearing orders as follows:

1. The hearing on Defendants' Motion shall be continued to July 9, 2014 at 10:00 a.m.

2. Plaintiffs' opposition brief be due on June 20, 2014; and

3. Defendants' reply brief be due on July 2, 2014.

IT IS SO ORDERED.

Dated:   **June 6, 2014**

UNITED STATES MAGISTRATE JUDGE