# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 46) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiffs Arthur D. Jackson, Leonard M. Lujan, Marcus Jackson, Rodney Taylor, Lacedric Johnson, L.T. Belton, and Norman Johnson filed this class action on behalf of themselves and all others similarly situated on July 9, 2013. This action was been found to be related to Smith v. Schwarzenegger, No. 1:14-cv-00060-LJO-SAB and Beagle v. Sachwarzenegger, No. 1:14-cv-00430-LJO-SAB. On May 9, 2014 an order issued for the parties to show cause why these actions should not be consolidated for all pretrial purposes. The parties filed responses and the parties were ordered to meet and confer on developing a discovery plan to address these related actions. On July 8, 2014, the parties filed a statement of joint discovery plan. The Court has also found Akubar v. Schwarzenegger, No. 1:14-cv-00816-LJO-SAB, and Adams v. Schwarzenegger, No. 1:14-v-01226-LJO-SAB, to be related to this action.

The Court finds that Jackson, although related to Smith, Beagle, Akubar, and Adams, alleges claims for individuals at an increased risk of contracting disseminated disease and also

1

equal protections claims.  The issues raised in this action are sufficiently different from Smith, Beagle, Akubar, and Adams so that it would not serve judicial efficiency to consolidate Jackson with these related actions.  Moreover, the Plaintiffs in this action seek class certification, further distinguishing this case from Smith, Beagle, Akubar, and Adams.  Finally, Smith, Beagle, Akubar, and Adams are still in the pleading stage and this action shall shortly be ready to have the scheduling order issue to begin discovery.

     Accordingly, IT IS HEREBY ORDERED that the order to show cause issued May 9, 2014, is DISCHARGED.  Discovery in this action shall follow the coordinated discovery plan previously agreed upon by the parties.

IT IS SO ORDERED.

Dated:   **August 18, 2014**

                                               UNITED STATES MAGISTRATE JUDGE