# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO FILE RESPONSE TO SECOND AMENDED COMPLAINT |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 69) |
| Defendants. | RESPONSIVE PLEADING DUE SEPTEMBER 17, 2014 |

Pursuant to the stipulation of the parties, Defendants Brown, Beard, Cate, Brazelton, and Hartley shall file a pleading responsive to the second amended complaint on or before September 17, 2014.

IT IS SO ORDERED.

Dated:  **September 2, 2014**

UNITED STATES MAGISTRATE JUDGE

1