KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2395
 Fax: (916) 324-5205
 E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants Brown, Beard, Cate, Brazelton, and Hartley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARTHUR DUANE JACKSON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 1:13-CV-01055 LJO SAB<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER TO SECOND AMENDED COMPLAINT** |

   1. The parties stipulate under Local Rule 144 that good cause exists to extend time fourteen days, to October 1, 2014, for Defendants Brown, Beard, Cate, Brazelton, and Hartley to file their answer to the Second Amended Complaint.

   2. Defendants require additional time to prepare and review the responsive pleading due to the need to coordinate and confer between defense counsel, the party defendants, and the staff of multiple offices.

   3. A scheduling conference is set in this matter for October 10, 2014, and this requested extension of time will not delay the progress of the case.

    4. The parties previously stipulated to an initial fourteen-day extension of time to September 17, 2014. (ECF No. 70.) There have been no other extensions of time.

Dated: September 15, 2014                  ARIAS, OZZELLO & GIGNAC, LLP

                                                 */s/ Mark A. Ozzello*
                                              (as authorized on Sep. 15, 2014)
                                              MARK OZZELLO
                                              *Attorney for Plaintiffs*

Dated: September 15, 2014                  KAMALA D. HARRIS
                                              Attorney General of California
                                              JAY C. RUSSELL
                                              Supervising Deputy Attorney General

                                              */s/ Jon S. Allin*
                                              JON S. ALLIN
                                              Deputy Attorney General
                                              *Attorneys for Defendants*
                                              *Brazelton and Hartley*

IT IS SO ORDERED.

Dated:  **September 16, 2014**                                            
                                              UNITED STATES MAGISTRATE JUDGE