# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No.  1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER REGARDING DISCOVERY |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On October 10, 2014, the Court conducted a scheduling conference in this matter. During the scheduling conference, the parties discussed a discovery plan whereby certain procedures would govern discovery in this matter and in the related case of <u>Corey Lamar Smith, et al., v. Arnold Schwarzenegger, et al.</u>, Case No. 1:14-cv-00060-LJO-SAB.  The parties sought to set procedures to avoid the need to conduct duplicative discovery in both cases.  However, the parties were unable to agree to a discovery plan during the scheduling conference.  Accordingly, the Court will order the parties to meet and confer to propose a discovery plan in both cases.

Based upon the foregoing, it is HEREBY ORDERED that:

1.  On or before November 7, 2014, the parties shall meet and confer regarding a discovery plan in this case and in the related case of <u>Corey Lamar Smith, et al., v. Arnold Schwarzenegger, et al.</u>, Case No. 1:14-cv-00060-LJO-SAB.

2.  On or before November 14, 2014, the parties shall submit a join discovery plan;

3.     On or before November 14, 2014, the parties may propose additional procedures regarding the discovery plan which the parties could not jointly agree to, for the Court's consideration;

4.     If any additional procedures are submitted by a party, any party opposing such procedures may submit a response on or before November 21, 2014;

5.     On December 5, 2014, the Court shall conduct a hearing on the discovery plan. Depending on the submissions by the parties, the Court may require the parties to appear at the hearing in person; and

6.     The submissions by the parties outlined above need not be filed but shall be submitted to the Court via e-mail at saborders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **October 10, 2014**

UNITED STATES MAGISTRATE JUDGE