1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No.  1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER DISREGARDING NOTICE OF LODGING PLAINTIFFS' INITIAL DISCLOSURES AND DIRECTING THE DOCUMENTS BE RETURNED TO PLAINTIFFS |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (ECF No. 82) |

Plaintiffs Arthur D. Jackson, Leonard M. Lujan, Marcus Jackson, Rodney Taylor, Lacedric Johnson, L.T. Belton, and Norman Johnson filed this class action on behalf of themselves and all others similarly situated on July 9, 2013.  On October 10, 2014, the Court issued a scheduling order and discovery commenced in this action.  On October 31, 2014, Plaintiffs filed a notice of lodging of Plaintiffs' initial disclosures.

The Court is not a repository for the parties evidence and originals or copies of evidence may not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court).

///

///

///

///

1

1     Accordingly, the notice of lodging of Plaintiff's initial disclosures is disregarded and the

2  Clerk's Office is directed to arrange for any documents lodged with the Court in connection with

3  this notice to be returned to Plaintiffs at Plaintiffs' expense.

4

5  IT IS SO ORDERED.

6  Dated:   **November 3, 2014**

UNITED STATES MAGISTRATE JUDGE

2