# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER CONTINUING HEARING FOR MOTION FOR JUDGMENT ON THE PLEADINGS TO APRIL 15, 2015 AT 10:00 A.M. |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 91) |
| Defendants. | |

On February 2, 2015, Defendants filed a motion for judgment on the pleadings with a hearing set for March 25, 2015 at 10:00 a.m. On February 23, 2015, the parties filed a stipulation to continue the motion hearing to April 15, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion for judgment on the pleading is continued to April 15, 2015 at 10:00 a.m. in Courtroom 9; and

2. The briefing schedule is continued in accordance with the new hearing date.

IT IS SO ORDERED.

Dated:   **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

1