Mark A. Ozzello (CSB #116595)
Suzy E. Lee (CSB #271120)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone:  (310) 670-1600
Facsimile:   (310) 670-1231
mozzello@aogllp.com
slee@aogllp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, an individual; LEONARD M. LUJAN, an individual; MARCUS JACKSON, an individual; RODNEY TAYLOR, an individual; LACEDRIC JOHNSON, an individual; L.T. BELTON, an individual; NORMAN JOHNSON, an individual, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, a Public Entity; EDMUND G. BROWN, JR., GOVERNOR; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a Public Entity; MATTHEW CATE, SECRETARY CDCR; JEFFREY BEARD, SECRETARY CDCR; P.D. BRAZELTON; WARDEN PLEASANT VALLEY STATE PRISON; JAMES D. HARTLEY, WARDEN AVENAL STATE PRISON; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES ("CCHCS"); and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No.: 1:13-cv-01055-LJO-SAB<br><br><u>CLASS ACTION</u><br><br>ORDER RE: STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' Motion for Judgment on the Pleadings [Doc. #89] is continued to April 29, 2015;
2. Plaintiffs' opposition papers shall be filed on or before April 15, 2015; and
3. Defendants' reply papers, if any, shall be filed on or before April 22, 2015.

IT IS SO ORDERED.

Dated:   **April 1, 2015**

UNITED STATES MAGISTRATE JUDGE