# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, et al., | Case No. 1:13-cv-01055-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On July 9, 2013, Plaintiffs Arthur D. Jackson, Leonard M. Lujan, Marcus Jackson, Rodney Taylor, Lacedric Johnson, L.T. Belton, and Norman Johnson filed this class action on behalf of themselves and all others similarly situated. On March 24, 2014, Plaintiffs filed a second amended complaint. On February 2, 2015, Defendants filed a motion for judgment on the pleadings. A hearing on the motion was held on April 29, 2015, during which the Court granted Plaintiffs' request to provide supplemental briefing on the issue of whether Plaintiffs have standing to bring claims against Beard and Brazelton, Plaintiffs Ljuan, Taylor, and Belton have standing to bring claims against Brown, and Plaintiffs A. Jackson, M. Jackson, and L. Johnson have standing to bring claims against Hartley in response to Defendants' reply brief.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file their supplemental brief addressing the standing issue on or before May 1, 2015;

2. Defendants shall file their opposition on or before May 6, 2015; and

3. The matter shall be deemed submitted upon the filing of Defendants' opposition brief.

IT IS SO ORDERED.

Dated: **April 30, 2015**

UNITED STATES MAGISTRATE JUDGE