BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARTHUR D. JACKSON, an individual; LEONARD M. LUJAN, an individual; MARCUS JACKSON, an individual; RODNEY TAYLOR, an individual; L.T. BELTON, an individual; NORMAN JOHNSON, an individual, on behalf of themselves and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, a Public Entity; EDMUND G. BROWN, JR., Governor; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a Public Entity; MATTHEW CATE, SECRETARY OF THE CDCR; JEFFREY BEARD, SECRETARY CDCR; P.D. BRAZELTON, WARDEN PLEASANT VALLEY STATE PRISON; JAMES D. HARTLEY, WARDEN AVENTAL STATE PRISON; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES ("CCHCS'); and DOES 1 through 50, inclusive, ,<br><br>             Defendant. | Case No. 1:13- CV- 01055- LJO-SAB<br><br>**ORDER**<br><br><br>The Hon. Lawrence J. O'Neill<br><br>Trial Date: None Set |

The Court has reviewed the stipulation of the parties and finds good cause to extend the deadline to file objections to the Magistrate's Findings and Recommendations (Doc. 106), as well as extend the page limit for those objections, and hereby Orders as follows:

(1) The deadline to file any objections to the Magistrate's Findings and Recommendations (Doc. 106) shall be June 17, 2015;

(2) The objections shall be no more than thirty-five (35) pages in length, excluding tables of contents and authorities;

(3) The deadline to file responses to objections to the Magistrate's Findings and Recommendations (Doc. 106) shall be July 8, 2015.

IT IS SO ORDERED.

Dated: __**June 1, 2015**__     ____**/s/ Lawrence J. O'Neill**____
                                UNITED STATES DISTRICT JUDGE