IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARTHUR DUANE JACKSON, et al.,**<br><br>                                        Plaintiffs,<br><br>    v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                        Defendants. | 1:13-cv-01055 LJO SAB<br><br>ORDER VACATING SCHEDULING ORDER AND SETTING FURTHER STATUS CONFERENCE |

   Good cause having been shown, the parties' joint motion to vacate the existing scheduling order, including staying discovery, is granted.  A further status conference shall be set for August 24, 2015 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **June 10, 2015**

UNITED STATES MAGISTRATE JUDGE