UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, et al., | 1:13-cv-1055-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO STAY CASE PENDING APPEAL (Doc. 134) |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Defendants Governor Brown, Jr., Matthew Cate, and James D. Hartley (collectively, "Defendants") have appealed this Court's Memorandum Decision and Order denying Defendants' motion for judgment on the pleadings in which the Court found Defendants are not entitled to qualified immunity from Plaintiffs' second, third, and fourth causes of action. *See* Doc. 131. The parties stipulate that the case should be stayed pending resolution of Defendants' appeal. *See* Doc. 134.

The Court agrees. Accordingly, the Court:

1. STAYS this case until the resolution of all appeals; and

2. VACATES the October 23, 2015 deadline for Plaintiffs to file a Third Amended Complaint.

**IT IS SO ORDERED**
**Dated: October 23, 2015**

                                                       /s/ Lawrence J. O'Neill
                                                     **United States District Judge**